## AFFIDAVIT OF STEPHEN P. DOWD

I, Stephen P. Dowd, being duly sworn, state the following:

1. I have been employed as a Postal Inspector by the United States Postal Inspection Service ("USPIS") for the past 19 years. I have been assigned to narcotics investigations for thirteen years and have participated in numerous narcotics investigations involving the transportation of controlled substances or proceeds/payments through the United States Postal Service ("USPS") during that time. During this time, I have intercepted in excess of 700 Express/Priority Mail parcels which were found to have contained controlled substances or the proceeds from the sales of controlled substances. I have received training by the Drug Enforcement Administration in the investigation of controlled substances. I have received training by the USPIS in the investigation of controlled substances and proceeds/payments for controlled substances being transported through the United States mails.

2. This affidavit is made in support of an application for a search warrant for a USPS Priority Mail package, hereafter the "SUBJECT PACKAGE." The SUBJECT PACKAGE bears tracking number 9114901230803228646500 and weighs approximately one pound, fourteen ounces. The SUBJECT PACKAGE is addressed to "Milagros Cabrera, HC 1, 8010 Naguabo, Puerto Rico, 00718," and bears a return address of "Ramon Cabrera, 799 Washington St., South Easton, MA 02375." A full description of the package to be searched pursuant to a search warrant is attached hereto as Attachment A to this Application and Affidavit for Search Warrant, which is incorporated herein by reference. The SUBJECT PACKAGE is currently in the possession of the USPIS, located at 495 Summer Street, Suite 600, Boston, Massachusetts.

3. For the reasons set forth in this affidavit, I submit that probable cause exists to believe that the SUBJECT PACKAGE contains evidence of the following offenses: (a)

4. distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1); and (b) use of a communications facility in the commission of narcotics trafficking offenses, in violation of Title 21, United States Code, Section 843(b).

5. This affidavit does not contain each and every fact I know about this investigation. This affidavit only sets forth sufficient facts to demonstrate probable cause for a search warrant.

## I. GENERAL BACKGROUND CONCERNING THE SHIPMENT OF DRUGS AND DRUG SALE PROCEEDS THROUGH THE UNITED STATES MAILS

6. Based upon my training and experience as a United States Postal Inspector, I know that experience and drug trafficking intelligence information gathered by the USPIS have demonstrated that USPS Priority Express Mail and Priority Mail are frequently used by drug traffickers for shipping drugs and drug proceeds. Use of Priority Express Mail and Priority Mail are favored because of the speed, reliability, free telephone and Internet package tracking service, as well as the perceived minimal chance of detection. Priority Express Mail was originally intended for urgent, business-to-business, correspondence. However, based on USPIS intelligence and my personal experience with numerous prior packages that were found to contain contraband, these types of packages containing contraband are usually sent from one individual to another individual.

7. In an effort to combat the flow of controlled substances through the United States mails, interdiction programs have been established in cities throughout the United States by the USPIS. These cities have been identified as known sources of controlled substances. The USPIS conducted an analysis of prior packages which were found to contain drugs and drug proceeds. The analysis of prior packages that were found to contain drugs or drug proceeds indicated that these packages are usually sent from an individual to an individual. In the cases

2

when Priority Express Mail packages containing drugs or drug proceeds have displayed a business or company name, it has usually proven to be a fictitious business or company, or, in certain cases, a legitimate company whose name was being used without the knowledge or authorization of that business. Additionally, this analysis has established a series of package characteristics which, when a package is found with a combination of the characteristics described below, have shown high probability that the package will contain a controlled substance or the proceeds of controlled substance sales. These characteristics include the following: (1) package is mailed from or addressed to a narcotic source city; (2) package has a fictitious return/sender address or name; (3) package has address information which is handwritten; (4) the handwritten mailing label on the article does not contain a business account number, thereby indicating that the sender paid cash; (5) package is addressed from an individual to an individual; and (6) package is heavily taped.

8.     The USPIS has devoted increasing resources over the past 20 years to investigating and intercepting drugs and drug sale proceeds sent through the United States mail. Initially the USPS Express Mail overnight service was the only class of mail that was examined by Postal Inspectors for drugs or drug sale proceeds. Over the past several years, however, I have noticed, based on my experience, that people who mail drugs and drug sale proceeds have begun to utilize Priority Mail (two to three day delivery) with increasing frequency as a result of the heavy investigative emphasis given to Express Mail. Based on my training and experience and USPIS intelligence, the characteristics in paragraphs five and six are indicative of packages sent either by Priority Express Mail and Priority Mail that have been found to contain illegal controlled substances and drug proceeds.

I. **INVESTIGATION TO DATE**

9. In late July of 2014, Massachusetts State Police Trooper Eric Perez, Bristol County District Attorney's Office, received a tip from a confidential source ("CS") that the operator of a dark grey Ford Explorer bearing Massachusetts registration 99KS70 may be involved in the selling of narcotics. The CS is a concerned citizen, not a paid informant, who has not provided information to law enforcement in the past. The CS described the operator of the vehicle as a short, Hispanic male in his late 30's to early 40's. The CS stated the individual was overheard discussing the sale of large quantities of narcotics he receives via the U.S. mail. The CS stated the individual was overheard saying that he gets "kilos" in the mail. According to the CS this individual also stated that he had recently served 15 years in prison.

10. On August 15th, 2014, while on Rte. 138 in the town of Easton, Trooper Perez observed the above-mentioned vehicle, a 2004 dark grey Ford Explorer, parked in the parking lot of Tony's Barbershop, located at 799 Washington Street. Trooper Perez initiated surveillance on the vehicle. A short time later, Rosa-Rodriguez entered the driver's door of the vehicle. The vehicle exited the parking lot and proceeded south on Rte. 138.

11. The vehicle was stopped after committing a motor vehicle violation. During his conversation with the driver (identified at that time via his State of Massachusetts driver's license as Orlando Rosa-Rodriguez), Trooper Perez observed that Rosa-Rodriguez had a folded five dollar bill on his lap. Rosas-Rodriguez was ordered from the vehicle at which time the currency fell onto the floor, dispersing the white powdery substance throughout the floorboard of the vehicle. As Rosas-Rodriguez exited the vehicle a small plastic baggie containing a white powdery substance also fell onto the pavement. Rosas-Rodriguez then began to struggle with the Trooper and during this brief struggle, Rosas-Rodriguez picked up the plastic baggie and

4

swallowed it. Rosas-Rodriguez was restrained and a search of Rosas-Rodriguez's vehicle was conducted.

12. During the search Trooper Perez noticed three, small, unfolded U.S. Postal Service (USPS) boxes on the floor in the front passenger seat. On the front passenger seat, he observed three USPS paper receipts dated August 15, 2014, from three different post offices in Taunton, East Taunton, and South Easton. Information contained on the receipts revealed a package had been mailed to Naguabo, Puerto Rico from each post office. Information obtained from USPS records revealed the three packages weighed between 11 ounces and 2 ½ pounds, and were addressed to different addresses within the 00718 zip code of Puerto Rico. After a search of USPS databases, specific sender and addressee information was only available for two of the three packages. Two packages bore valid return addresses coupled with sender names that appeared to be fictitious. In addition, the handwritten labels on those two packages bore handwriting with similar characteristics. None of these items were seized during the search and Rosa-Rodriguez was not arrested at that time.

13. A criminal records check reveals that Orlando Rosa-Rodriguez was convicted in 2000 of Possession with Intent to Distribute Cocaine and Heroin in the District of Puerto Rico, and was sentenced to 10 years imprisonment. Rosa-Rodriguez was released following completion of his term of imprisonment and his supervised release was transferred to the District of Massachusetts. In April 2014 Rosa-Rodriguez finished his term of supervised release.

14. I advised employees at the South Easton and East Taunton Post Offices to be alert for any Priority Mail packages mailed to Puerto Rico 00718 by someone driving a dark grey Ford Explorer bearing Massachusetts registration 99KS70.

15. On September 12, 2014, I was contacted by postal employees at the South Easton

Post Office. I was informed that the SUBJECT PACKAGE was mailed on this date at approximately 1:15 p.m. The clerk stated the SUBJECT PACKAGE was mailed by someone who departed as a passenger in a blue Ford Explorer bearing Massachusetts registration 99KS70.

## II. DESCRIPTION OF THE PACKAGE

16. The SUBJECT PACKAGE is a brown paper wrapped cardboard box bearing tracking number 91149012308032286465OO, and measuring approximately eight inches long, seven inches wide, and four inches thick. The SUBJECT PACKAGE weighs approximately one pound, fourteen ounces and bears a handwritten mailing label. The SUBJECT PACKAGE was mailed at the South Easton, Massachusetts Post Office on September 12, 2014. Postage for the SUBJECT PACKAGE was paid for in cash. The SUBJECT PACKAGE is addressed to Puerto Rico which I know, based on my training and experience, is a source area for controlled substances -- more specifically, cocaine.

17. Regarding the sender information, I contacted the South Easton Post Office and learned that the alleged sender – "Ramon Cabrera" – was not known to receive mail at 799 Washington St., South Easton, MA 02375. I further learned that 799 Washington Street was in fact a business called Tony's Barbershop where, as mentioned above, was the location where Rosas-Rodriguez was first observed.

## III. CANINE POSITIVE RESPONSE TO PACKAGE

18. On September 12, 2014, I contacted Massachusetts State Police K-9 Trooper Gary Berlo and requested that he and his narcotic-trained K-9 "Mako" review the SUBJECT PACKAGE for the scent of controlled substances. Trooper Berlo responded to the South Easton Post Office. Trooper Berlo has been employed with the Massachusetts State Police for fourteen years, and has been assigned to the canine unit for the last three years. Trooper Berlo advised me

that Mako is a five-year old German Shepard. Trooper Berlo informed me that he uses Mako in the detection of controlled substances in different situations, including within sealed packages shipped through the U. S. Mail and other courier services. Trooper Berlo and Mako have attended and successfully completed a drug detection recertification with the NESPAC on May 8, 2014. Mako received a certificate for this training and is certified to detect the presence of narcotic odors, including but not limited to marijuana, cocaine, heroin and methamphetamine. Trooper Berlo advised me that this certification was most recently updated in May 2014, and that this certification is still in effect. Trooper Berlo further advised that he and Mako, per policy, complete 16-24 hours of in-service training per month. Trooper Berlo has advised me that Mako has been responsible for seizures of packages containing various drugs, including marijuana, methamphetamine and cocaine. Trooper Berlo advised that Mako is a well-trained and reliable canine.

19. The SUBJECT PACKAGE was placed in an area of the South Easton Post Office known not to have been previously contaminated by a narcotic odor. Trooper Berlo had Mako search this area. Other packages were also placed in the search area as controls. Trooper Berlo advised that upon arriving at the SUBJECT PACKAGE, Mako reacted in a positive manner, indicating the presence of a narcotic odor. No further indications were observed in the search area. Based on my training and experience, I know that a positive alert means that the contents of the package were narcotics or have recently been in close proximity to narcotics.

## IV.  **CONCLUSION**

20. Based on these facts described above, I believe that there is probable cause to believe that the SUBJECT PACKAGE described above contains controlled substances, cash, money orders, or other documents relevant to drug trafficking in violation of Title 21, United

States Code, Section 841(a)(1), possession with intent to distribute and distribution of controlled substances, and Title 21, United States Code, Section 843(b), use of a communication facility in the commission of narcotics trafficking offenses. Accordingly, I respectfully request that this Court issue a search warrant authorizing the search of the SUBJECT PACKAGE for the items described in Attachment B.

_____
STEPHEN P. DOWD
United States Postal Inspector

Subscribed and Sworn to before me
On this 15 day of September, 2014

_____
HON. JENNIFER C. BOAL
United States Magistrate Judge



## **ATTACHMENT A**

(Description of Property to be Searched)

<u>SUBJECT PACKAGE</u>: A Priority Mail package bearing tracking number 9114901230803228646500, weighing approximately one pound, fourteen ounces, addressed to "Milagros Cabrera, HC 1, 8010 Naguabo, Puerto Rico, 00718," and bearing a return address of "Ramon Cabrera, 799 Washington St., South Easton, MA 02375." The package is currently in the possession of the United States Postal Inspection Service, located at 495 Summer Street, Suite 600, Boston, Massachusetts.

## ATTACHMENT B

Items, documents, records, files, and other information that constitutes evidence, fruits, and/or other instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b), including narcotics, money, records relating to narcotics and/or money, and/or records relating to the identity of the individual who shipped the package or the intended recipient of the package.